■ In the Matter of MICHAEL CAMPBELL, Appellant, v LANCASTER COUNTRY CLUB, INC., Respondent. [771 NYS2d 425]—Appeal from a judgment of the Supreme Court, Erie County (Barbara Howe, J.), entered August 7, 2002 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition to review respondent's determination modifying petitioner's golf handicap index.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.